IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAURA L. MEDLEY, | ) | 1:07-CV-1803-OWW WMW HC |
| Petitioner, | ) ) | FINDINGS AND RECOMMENDATIONS RE DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS |
| vs. | ) ) ) | |
| DEBORAH PATRICK, | ) ) | |
| Respondent. | ) ) ) | |

Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. Rule 4 of the Rules Governing Section 2254 Cases allows a district court to dismiss a petition if it "plainly appears from the face of the petition and any exhibits annexed to it that the Petitioner is not entitled to relief in the district court . . . ." This court has conducted an initial screening of the case and find that it fails to state a claim for federal habeas corpus relief.

This court may entertain a petition for writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). A habeas corpus petition is the correct method for a prisoner to challenge "the very fact or duration of his confinement," and where "the relief he seeks is a determination that he is entitled to immediate release or a speedier release from that imprisonment." Preiser v. Rodriguez, 411 U.S. 475, 489 (1973).

In this case, Petitioner provides very little information in her petition regarding the factual background of the case or the nature of her claim. She states only that this case involves the Interstate Agreement on Detainers Act, Article V (c), and that, "[o]n or about November 20, 2007, the Maricopa County Sheriff's Office refused temporary custody of the petitioner at Mealca Airport." Petitioner makes no claim that she is in custody in violation of the Constitution or laws or treaties of the United States, or that her claim is related to the fact or duration of her confinement. The court finds, therefore, that this petition fails to state a claim for federal habeas corpus relief.

Based on the above, IT IS HEREBY RECOMMENDED as follows:

1) The petition for writ of habeas corpus be DISMISSED without prejudice; and
2) The Clerk of the Court be directed to enter judgment for Respondent and to close this case.

These Findings and Recommendation are submitted to the assigned United States District Court Judge, pursuant to the provisions of 28 U.S.C. section 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within thirty (30) days after being served with a copy, any party may file written objections with the court and serve a copy on all parties. Such a document should be

captioned "Objections to Magistrate Judge's Findings and Recommendation." Replies to the objections shall be served and filed within ten (10) court days (plus three days if served by mail) after service of the objections. The court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C). The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:   March 4, 2008**                       /s/  William M. Wunderlich
                                               UNITED STATES MAGISTRATE JUDGE